G. H. Fritch, Appellant, v. Luke Barnhill, Appellee.

Term No. 45F6.

Heard in this court at the May

term, 1945; opinion filed July 7, 1945; released for publication August 7, 1945. Chas. Durfee and L. M. Hancock, for appellant; H. N. Finney, for appellee; Alpheus Gustin, of counsel. Opinion by JUSTICE STONE. Not to be published in full.